

# OFFICE OF
# THE ATTORNEY GENERAL
## AUSTIN, TEXAS

Gerald C. Mann
~~PRICE DANIEL~~
ATTORNEY GENERAL

April 25, 1939

Hon. E. P. McMillan
County Auditor
Robertson County
Franklin, Texas

Dear Sir:

      Opinion No. O-534
      Re: Minimum salary of county attor
       ney under Officer's Salary Bil

    Your request for opinion upon the following
question:

    "Must the Commissioners' Court take
into consideration in arriving at a mini-
mum salary for the county attorney fees
in misdemeanor cases where the fine is laid
out in jail?"

has been received by this Department.

    You are respectfully advised that it is th
opinion of this Department that the Commissioners' (
must take into consideration in arriving at a minim
salary for the county attorney fees in misdemeanor (
where the fine is laid out in jail.

    This question was passed on on April 3, 1
in an opinion by this Department, addressed to Hon.
R. Evetts, District Attorney, Bell County, Belton,
rendered by Hon. Benjamin Woodall, Assistant Attorn
General of Texas. This question is discussed at le
in that opinion and we respectfully enclose herewit
copy of opinion No. O-409 of this Department, above
ed to.

Hon. H. P. McKillan, April 25, 1939, Page 2


Trusting that this answers your inquiry, and with best regards, we are.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By *Wm. J. Fanning*

Wm. J. Fanning
Assistant

WJF:AW

APPROVED:

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS